No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $5,154.73 for the period July 1 through December 31, 1988, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 488 U. S. 921.]

No. 105, Orig. KANSAS v. COLORADO. Motion to refer to the Special Master the motion for leave to amend the complaint granted. [For earlier order herein, see, *e. g.*, 488 U. S. 978.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of New Mexico for leave to file a supplemental answer granted. Motion of the Special Master for award of fees and expenses granted, and the Special Master is awarded $22,744.99 to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 488 U. S. 989.]

No. 111, Orig. DELAWARE v. NEW YORK. Motion of Texas for leave to file complaint in intervention granted. The parties are allowed 60 days within which to answer. [For earlier order herein, see, *e. g.*, 488 U. S. 990.]

No. 87–1589. PITTSBURGH & LAKE ERIE RAILROAD CO. v. RAILWAY LABOR EXECUTIVES' ASSN. ET AL.; and
No. 87–1888. PITTSBURGH & LAKE ERIE RAILROAD CO. v. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 3d Cir. [Certiorari granted, 488 U. S. 965.] Motion of respondent Interstate Commerce Commission for divided argument denied. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 30 minutes for petitioner; 30 minutes for respondent; and 30 minutes for the Acting Solicitor General, as *amicus curiae*.

No. 87–1759. TEXAS STATE TEACHERS ASSN. ET AL. v. GARLAND INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. [Certiorari granted, 488 U. S. 815.] Motion of Texas Association of School Boards et al. for leave to file a brief as *amici curiae* granted.